# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : **CRIMINAL COMPLAINT** |
| v. | : Hon. Leda D. Wettre |
| JUSTIN HARCOURT, a/k/a "J5" | : Mag. No. 23-13082 |

I, Laejon C. Brooks, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

s/Laejon C. Brooks
_____
Laejon C. Brooks, Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Special Agent Laejon Brooks attested to this Complaint by telephone pursuant to Federal Rule of Criminal Procedure 4.1(b)(2)(A) on May 18, 2023, in the District of New Jersey

Honorable Leda D. Wettre
United States Magistrate Judge

s/Leda Dunn Wettre
_____
Signature of Judicial Officer

Date: May 18, 2023

## ATTACHMENT A

### COUNT ONE
(Possession of a Machine Gun)

On or about May 18, 2023, in the District of New Jersey and elsewhere, the defendant,

**JUSTIN HARCOURT,**
**a/k/a "J5,"**

did knowingly possess a machine gun, as defined in Title 26, United States Code, Section 5845(b), namely, a 9mm Glock 19, bearing serial number BBRH100, equipped with an extended magazine containing 23 rounds of ammunition and an auto sear selector switch.

In violation of Title 18, United States Code, Section 922(o)(1).

## COUNT TWO
(Possession of an Unregistered Firearm)

On or about May 18, 2023, in the District of New Jersey and elsewhere, the defendant,

**JUSTIN HARCOURT,**
**a/k/a "J5,"**

did knowingly possess a machine gun, as defined in Title 26, United States Code, Section 5845(b), namely, a 9mm Glock 19, bearing serial number BBRH100, equipped with an extended magazine containing 23 rounds of ammunition and an auto sear selector switch, which was not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Section 5861(d).

## **ATTACHMENT B**

I, Laejon Brooks, am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and other evidence. Where statements of others are related herein, they are related in substance and part. Because this Complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. On or about May 18, 2023, law enforcement executed a search warrant at the second-floor residence of Justin Harcourt, a/k/a "J5" ("HARCOURT"). HARCOURT was the sole occupant of his residence at the time of law enforcement's arrival. When law enforcement officers knocked and announced their presence, HARCOURT placed a backpack on the roof outside of his bedroom window.

2. That backpack contained a firearm—namely, a 9mm Glock 19, bearing serial number BBRH100, equipped with an extended magazine containing 23 rounds of ammunition and an auto sear selector switch, which rendered the firearm capable of being fired in fully automatic mode (the "Machinegun"). In light of the auto sear selector switch, the Machinegun meets the federal definition of a machinegun, as defined in Title 26, United States Code, Section 5845(b).

3. The Machinegun was not registered to HARCOURT in the National Firearms Registration and Transfer Record.